[No. 66331-3-I.   Division One.   May 29, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD EARL COBB,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-07142-8, James D. Cayce, J., entered November 30, 2010. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Spearman, A.C.J., and Ellington, J.

[No. 66405-1-I.   Division One.   May 29, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL KIM,
*Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-1-01181-2, Kenneth L. Cowsert, J., entered December 8, 2010. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Spearman, A.C.J., concurred in by Ellington and Dwyer, JJ.

[No. 66503-1-I.   Division One.   May 29, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. IRA WASHINGTON,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-02756-1, Andrea A. Darvas, J., entered December 13, 2010. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Grosse and Cox, JJ.

[No. 66537-5-I.   Division One.   May 29, 2012.]

HENRY ROGERS, *Respondent*, v. DARRON CAGE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-36187-1, Brian D. Gain, J., entered December 17, 2010. *Affirmed* by unpublished opinion per Lau, J., concurred in by Appelwick and Dwyer, JJ.